[No. 57091-9-I.  Division One.  January 22, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. IVAN LLOYD ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-14123-7, Nicole MacInnes, J., entered October 24, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57268-7-I.  Division One.  January 22, 2007.]

THE CITY OF SEATTLE, *Respondent*, v. JAVIER DELGADO, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-06029-4, Nicole MacInnes, J., entered October 24, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57515-5-I.  Division One.  January 22, 2007.]

LAWRENCE F. COLE, *Respondent*, v. NORTH CASCADE FORD, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-2-00602-4, John M. Meyer, J., entered November 7, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57554-6-I.  Division One.  January 22, 2007.]

*In the Matter of the Marriage of* DEBORAH WARDWELL, *Respondent*, and WILLIAM T. WARDWELL, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 05-3-01898-8, Glenna Hall, J., entered December 6 and 23, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.